## First Department, May, 1977

### (May 3, 1977)

■ The People of the State of New York, Respondent, v Girolamo Megna, Appellant.—Judgment, Supreme Court, New York County, rendered on June 24, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Kupferman, J. P., Lupiano, Birns and Markewich, JJ.

■ In the Matter of the Arbitration between Travelers Indemnity Company, Respondent, and Leon Cackowski et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County, entered on February 24, 1977, unanimously affirmed for the reasons stated by Starke, J., at Trial Term. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Silverman, Evans and Markewich, JJ.

■ Muttontown Pictures, Inc., Appellant, v Joseph E. Levine et al., Respondents, et al., Defendant.—Order, Supreme Court, New York County, entered on March 3, 1977, unanimously affirmed for the reasons stated by Baer, J., at Special Term. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Silverman and Capozzoli, JJ.

■ The People of the State of New York, Respondent, v Paul Hill, Appellant.—Judgment, Supreme Court, New York County, rendered on November 7, 1975, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Lupiano, Silverman and Capozzoli, JJ.